# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TODD ROBBEN

Plaintiff,

v.

COUNTY OF TUOLUMNE, *et al.*,

Defendants.

Case No. 1:26-cv-08900-SAB (PC)

ORDER REQUIRING PLAINTIFF TO FILE CERTIFIED COPY OF TRUST ACCOUNT STATEMENT OR PAY FILING FEE

**THIRTY (30) DAY DEADLINE**

Plaintiff Todd Robben is currently a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on October 29, 2026, together with a motion to proceed *in forma pauperis*. (ECF Nos. 1, 2.)

The Court observes that Plaintiff's application to proceed *in forma pauperis* is incomplete. Plaintiff failed to submit a certified copy of his trust account statement. Plaintiff must therefore submit a certified copy of his trust account statement if he wishes for the application to be considered.

Accordingly, IT IS HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a certified copy of his inmate trust account statement for the past six months, or in the alternative, pay the $405.00 filing fee for this action;
2. No extension of time will be granted without a showing of good cause; and

3. **<u>The failure to comply with this order will result in dismissal of this action without prejudice</u>.**

IT IS SO ORDERED.

Dated: **October 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge